UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DONNIE BOBO,

      Plaintiff,

v.

STEVEN ERICSONS,

      Defendant.

_____/

Case No. 1:22-cv-1122

Honorable Sally J. Berens

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over those claims.

Dated: December 13, 2022

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge