UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - KZ
December 22, 2022 10:54 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES / 12/22

DONNIE BOBO, #186601
    Plaintiff,

Case No. 1:22-cv-1122
Hon. Sally J. Berens

-v-

STEVEN ERICSONS,
    Defendant,
_____/

## APPEALING THE COURT DECISION

NOW COMES, Plaintiff, Donnie Bobo, #186601, In Pro Se, Submitting This in writing, To Appeal this Honorable Courts Decision in denying my civil rights complaint, against the above name to the Sixth Cir. Court.

Date: December 15, 2022
c.c./file: d.b.

Respectfully Submitted

*Donnie Bobo* (signature)

Donnie Bobo #186601
Plaintiff in Pro Se
Lakeland Corr. Facility
141 First Street
Coldwater, MI 49036



State of Michigan
**Department of Corrections**
*"Committed to Protect, Dedicated to Success"*

Donnie Bobo # 186601



Lakeland Correctional Facility
141 First Street
Coldwater, MI 49036

Office of The Clerk
United States District Court
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, Michigan 49007